Skip to Main Content Logout My Account Search Menu New Civil & Family Search Refine Search  Back                     Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2022CCV-60028-1

| | | |
|---|---|---|
| **Norberto Cortina vs. Pull-A-Part of Corpus Christi, LLC** | § § § § § | Case Type: **Injury or Damage - Other**<br>Date Filed: **01/12/2022**<br>Location: **CCAL1** |

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **Pull-A-Part of Corpus Christi, LLC** *Doing Business As* **Pull-A-Part** | |
| **Plaintiff** | **Cortina, Norberto** | **Carole Novak Harrod**<br>*Retained*<br>361-698-5200(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
01/12/2022 **Original Petition (OCA)**
01/12/2022 **Original Petition Documents E-filed** (Judicial Officer: Vargas, Robert J. )
              *Plaintiff's Original Petition*
01/13/2022 **Service Request Information Sheet**
              *Service Requested*
01/18/2022 **Citation**

| | | | |
|---|---|---|---|
| | Pull-A-Part of Corpus Christi, LLC | Served | 01/24/2022 |
| | | Response Due | 02/14/2022 |
| | | Returned | 01/31/2022 |

01/31/2022 **Proof of Service**
              *Return of Service/Citation-Pull-A-Part of Corpus Christi, LLC*

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Cortina, Norberto | | | |
| | Total Financial Assessment | | | 358.00 |
| | Total Payments and Credits | | | 358.00 |
| | **Balance Due as of 02/11/2022** | | | **0.00** |
| 01/13/2022 | Transaction Assessment | | | 350.00 |
| 01/13/2022 | E-file Payment | Receipt # 2022-394-DCCLK | Cortina, Norberto | (213.00) |
| 01/13/2022 | State Credit | | | (137.00) |
| 01/13/2022 | Transaction Assessment | | | 8.00 |
| 01/13/2022 | E-file Payment | Receipt # 2022-401-DCCLK | Cortina, Norberto | (8.00) |



**Service of Process Transmittal**
01/24/2022
CT Log Number 540926265

**TO:** Wallace Glenn
Pull-A-Part Auto Salvage
4473 Tilly Mill Rd
Atlanta, GA 30360-2107

**RE:** Process Served in Texas

**FOR:** PULL-A-PART OF CORPUS CHRISTI, LLC  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: NORBERTO CORTINA // To: PULL-A-PART OF CORPUS CHRISTI, LLC |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2022CCV600281 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/24/2022 at 02:18 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Wallace Glenn  WallaceG@Pullapart.com |
| | Email Notification,  Rebecca Kim  rebeccak@pullapart.com |
| | Email Notification,  Bart Cohen  bartc@pullapart.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Jan 24, 2022

**Server Name:** Krystal Jones

| Entity Served | PULL-A-PART OF CORPUS CHRISTI, LLC |
|---|---|
| Case Number | 2022ccv-60028-1 |
| Jurisdiction | TX |



**Copy**

**Citation for Personal Service –RESIDENT**

Case Number: **2022CCV-60028-1**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO: **Pull-A-Part of Corpus Christi, LLC DBA Pull-A-Part**
**Registered Agent Ct Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas Texas 75201**
the Defendant.

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition with attached Notice** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Robert J. Vargas, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said **Petition** was filed on the 12th day of January, 2022. A copy of same accompanies this citation.
The file number of said suit being Number: **2022CCV-60028-1**

The style of the case is: **Norberto Cortina vs. Pull-A-Part of Corpus Christi, LLC, DBA PULL-A-PART**

Said Petition was filed in said court by **Carole Novak Harrod, attorney for Plaintiff**, whose address is 802 N. Carancahua St., Ste. 1400 Corpus Christi Texas 78401 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 18th day of January, 2022.



ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _____, Deputy
Emy Esparza

# RETURN OF SERVICE

2022CCV-60028-1

NORBERTO CORTINA
VS.
Pull-A-Part of Corpus Christi, LLC,
DBA PULL-A-PART

COUNTY COURT AT LAW #1

_____
Name

**ADDRESS FOR SERVICE**
Pull-A-Part of Corpus Christi, LLC
Registered Agent CT Corporation System
1999 Bryan St., Ste. 900
Dallas TX 75201

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ___, m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| | | |

And not executed as to the defendant(s).
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Fees:                                         _____, Officer
Serving Petition and Copy  $_____        _____, County, Texas
Total                      $                By                                  , Deputy

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
         (First, Middle, Last)
address is _____
         (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20____.

Declarant / Authorized Process Server

ID# & Expiration of Certification

Filed
1/12/2022 5:08 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022CCV-60028-1

| | | |
|---|---|---|
| NORBERTO CORTINA<br>*Plaintiff* | §<br>§<br>§ | IN THE COUNTY COURT |
| VS. | §<br>§ | AT LAW NO. _____ |
| PULL-A-PART OF CORPUS<br>CHRISTI, LLC DBA PULL-A-PART<br>*Defendant* | §<br>§<br>§ | NUECES COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NORBERTO CORTINA, hereinafter sometimes referred to as "Plaintiff", and files this Original Petition complaining of Defendant, Pull-A-Part of Corpus Christi, LLC dba Pull-A-Part, hereinafter sometime referred to as "Defendant" and in support would show the Court as follows:

### I. Discovery

Plaintiff intends that the discovery in this suit be conducted under Section 190.4 (Level 3) of the Texas Rules of Civil Procedure.

### II. Parties and Service

Plaintiff, Norberto Cortina, is a resident of Corpus Christi, Nueces County, Texas.

Defendant, Pull-A-Part of Corpus Christi, LLC dba Pull-A-Part is a Domestic Limited Liability Company (LLC) with its principal place of business located at 5609 Agnes Street, Corpus Christi, Nueces County, Texas. Defendant can be served by serving its registered agent, CT Corporation System, 1999 Bryan St., Ste 900, Dallas, TX 75201-3136.

### III. Jurisdiction and Venue

Jurisdiction is proper in this Texas court because the amount of damages sought exceeds the minimum jurisdictional limits of this Court.

These claims do not raise any issues of federal question as Plaintiff expressly disavows any claims being made pursuant to federal law, treaties, or the United States Constitution.

Pursuant to §15.002(a)(1) of the Texas Civil Practice and Remedies Code, venue is proper in Nueces County, Texas, as it is the county in which all or a substantial part of the events or omissions giving rise to this claim occurred.

## IV. Facts

On or about February 4, 2020, Plaintiff was lifting an engine from a vehicle at the Pull-A-Part of Corpus Christi, LLC dba Pull-A-Part, 5609 Agnes Street, Corpus Christi, TX. Plaintiff was using the hoist provided by Pull-A-Part of Corpus Christi, LLC dba Pull-A-Part. The hoist broke and collapsed, falling on Plaintiff and injuring him.

## V. Respondeat Superior

The Defendant named herein at all times acted through its agents, servants and employees and is therefore liable for their negligent acts and omissions under the doctrine of respondeat superior.

## VI. Cause of Action – Premises Liability

Defendant was in possession of the premises at 5609 Agnes Street, Corpus Christi, TX. Plaintiff entered Defendant's premises with Defendant's knowledge and for their mutual benefit. Plaintiff was Defendant's customer and was using the hoist provided by Defendant to obtain and purchase Defendant's auto part. The condition of the hoist provided by Defendant for use by customers and Plaintiff on the premises posed an unreasonable risk of harm to Plaintiff on the date of the incident. Defendant knew, or reasonably should have known, of the danger posed by the condition of the hoist. Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Plaintiff. This duty includes the duty to inspect and the duty to warn or to cure.

Defendant breached its duty to Plaintiff by failing to use ordinary care to ensure that the premises did not present a danger to Plaintiff, failing to inspect, failing to warn, and/or failing to cure.

## VII. Cause of Action - Negligence

Defendant's action, in addition to or in the alternative, constitute negligence as Defendant breached its duty to Plaintiff to maintain the hoist in good working condition and such breach caused injuries to Plaintiff.

## VIII. Damages

As a result of Defendant's actions and inactions as set out above, Plaintiff suffered significant injuries, and will continue to sustain in the future, the following damages:

a. physical pain and mental anguish;

b. loss of earning capacity;

c. physical impairment;

d. reasonable expenses of necessary medical care; and

e. disfigurement.

Plaintiff seeks monetary relief of not more than $1,000,000.00 dollars for his damages, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

## IX. Jury Demand

Pursuant to Tex. R. Civ. P. 216, Plaintiff respectfully demands trial by jury and has tendered the jury fee along with the filing fee in this cause.

## X. Prayer

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Norberto Cortina asks the Court to issue citation for Defendant to appear and answer, and to enter judgment in Plaintiff's favor, to include pre-judgment and post-judgment interest, costs of court, and such other relief to which the

Plaintiff may be justly entitled.

Respectfully submitted,

By: _____
Carole N. Harrod
Texas State Bar No. 00796717
Bandas Law Firm, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
Facsimile: (361) 698-5222
E-mail: charrod@bandaslawfirm.com
Attorney for Plaintiff

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Brittani Ortiz on behalf of Carole Harrod
Bar No. 796717
bortiz@bandaslawfirm.com
Envelope ID: 60771717
Status as of 1/13/2022 8:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Carole N. Harrod | | charrod@bandaslawfirm.com | 1/12/2022 5:08:21 PM | SENT |
| Brittani Ortiz | | bortiz@bandaslawfirm.com | 1/12/2022 5:08:21 PM | SENT |